UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-po-00250-KJN |
| Plaintiff, | ORDER TO DISMISS AND VACATE BENCH TRIAL |
| v. | |
| MEGAN MURPHY, | DATE: August 9, 2021 |
| Defendant. | TIME: 9:00 a.m. |
| | JUDGE: Hon. Kendall J. Newman |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice, Case Number 2:21-po-00250-KJN is GRANTED.

It is further ordered that the bench trial scheduled on August 9, 2021, is vacated.

IT IS SO ORDERED.

Dated: July 30, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS AND VACATE BENCH TRIAL   1   U.S. v. MEGAN MURPHY